UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 04-20314-CIV-ALTONAGA/Bandstra

NIGHT BOX
FILED

MAR 09 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

EDWARD LIPUMA, on behalf of Himself        )
and All Others Similarly Situated on       )
Behalf of the General Public,              )
                                           )
                        Plaintiff,         )
                                           )
vs.                                        )          CLASS ACTION
                                           )
AMERICAN EXPRESS COMPANY, a                )
New York Corporation, AMERICAN             )
EXPRESS TRAVEL RELATED                     )
SERVICES COMPANY, INC., a New              )
Your Corporation, and AMERICAN             )
EXPRESS CENTURION BANK, a New              )
York Corporation,                          )
                                           )
                        Defendants.        )

**DECLARATION OF WALTER BRATIC**

I, Walter Bratic, declare:

1.      I am a Vice President of InteCap, Inc. ("InteCap"), a subsidiary of Charles River Associates, Inc.  I am a Certified Public Accountant and a member of the American Institute of Certified Public Accountants, the American Institute of Business Appraisers and the American Society of Appraisers.  I have over 20 years experience in evaluating economic damages, including experience related to the financial industry.  My résumé is attached as Exhibit 1 to this declaration.

Declaration of Walter Bratic
March 9, 2005

2.      I have been retained by the law firm of Caddell & Chapman, counsel for Intervenors Pamela Paul and John A. Caddell ("the Paul Intervenors"), to evaluate the amount of money, if any, that American Express[1] has overcharged persons in the United States who have made purchases in foreign currencies using an American Express Card.

3.      InteCap is being compensated at my standard rate of $565 per hour for my work performed in connection with this matter.   InteCap's compensation is not contingent upon the outcome of this litigation or my opinions expressed herein.

4.      InteCap employees working under my direction and supervision and I have reviewed the following information:

- Deposition of Maureen Frances Baldwin dated March 1, 2005;

- Declaration of Craig R. Morlen in Support of Brief of Defendants American Express Company, American Express Travel Related Services Company, Inc. and American Express Centurion Bank in Support of Final Approval of Settlement dated March 4, 2005;

- Paul Intervenors' Second Amended Plea in Intervention;

- American Express' Response to Ball Intervenors' First Set of Interrogatories;

- Document entitled "Competitive Adjustment File" (AMEX-I 6045);

- American Express' "Media Reports" (AMEX-I 6049 – 8331); and

- American Express' "Center Spend Reports" (AMEX-I 8338 – 8453).

5.      Discovery is ongoing.  I may consider additional information, if any, that becomes available to me after the date of this declaration.

---

[1] American Express Company, American Express Travel Related Services Company, Inc. and American Express Centurion Bank are collectively referred to as "American Express" or "Defendants".

Declaration of Walter Bratic
March 9, 2005

      6.    My evaluation of the above information is ongoing.  Upon completion of my analysis, I may supplement this declaration and/or provide oral testimony to disclose my expert opinions.  I may also develop exhibits related to my analyses and opinions for use as an aid to the Court.

I have made these statements believing them to be true and accurate to the best of my knowledge.  If any statement is shown to be willfully false, I recognize that I am subject to punishment.

March 9, 2005

_____

Walter Bratic

# Exhibit 1

# V. WALTER BRATIC

| | |
|---|---|
| **Position** | Vice President<br>InteCap, Inc., a subsidiary of Charles River Associates<br>1600 Smith Street, Suite 4900<br>Houston, Texas 77002<br>Direct Dial:  713-332-0630<br>Facsimile:   713-332-0660<br>Email:  wbratic@intecap.com |
| **Education** | B.A., University of Pennsylvania.  Phi Beta Kappa;<br>Summa Cum Laude<br><br>M.B.A., Wharton Graduate School, University of Pennsylvania. |
| **Certifications and Professional Affiliations** | Certified Public Accountant, State of Texas, 1981<br><br>Certified Fraud Examiner, 1991<br><br>American Institute of Business Appraisers<br><br>American Society of Appraisers<br><br>American Institute of Certified Public Accountants<br><br>Texas Society of Certified Public Accountants<br><br>Houston Chapter, Texas Society of Certified Public Accountants<br><br>Chairperson, U.S. Licensing Executive Society International Committee<br><br>Intellectual Property Organization – Patent Misuse Committee<br><br>United Nations/Economic Commission for Europe – Group of Experts on Enforcing Intellectual Property Rights for the Commonwealth of Independent States<br><br>Editorial Board of the Journal of Commercial Biotechnology, London, England<br><br>Editorial Board of Managing Intellectual Property<br><br>Lecturer on trade marks and trade secrets at University of Houston Law School 2001-2005" |

**V. Walter Bratic**
**Page 2**

| | |
|---|---|
| **Civic and Community Activities** | Board of Directors of FHA Holdings, Inc. |
| | Harris County Education Association Board of Directors |
| | Board of Trustees of Houston Grand Opera |
| | Houston Symphony Board of Directors |
| | Selected as one of "Five Outstanding Young Houstonians" in 1991 by the Houston Chamber of Commerce and Houston Junior Chamber of Commerce |
| **Professional and Business History** | Partner, PricewaterhouseCoopers LLP, 1998 to 1999 |
| | Partner Price Waterhouse LLP, 1989 to 1998 |
| | Global Director – Intellectual Property Services for the Financial Advisory Services Practice, 1998 to 1999 |
| | U.S. / European Director – Intellectual Property Services for the Corporate Finance Reorganization and Disputes Practice, 1996-1998 |
| | Price Waterhouse, Senior Manager, 1985 to 1989 |
| | Manager, 1983 to 1985; Senior Consultant, 1983 |
| | Advanced Energy Supply Company, Treasurer, 1981 to 1983 |
| | Arthur Andersen, 1980 to 1981 |
| | Ernst & Whinney, 1978 to 1979 |

**Range of Industry Experience**

Industry experience includes:

- aviation
- agriculture
- automotive
- biotechnology
- chemicals
- commercial real estate
- computer software and hardware
- construction
- consumer products
- electronic commerce
- entertainment & hospitality
- financial institutions
- consumer & commercial financial institutions
- health care and life sciences
- high technology
- insurance
- leasing
- manufacturing
- medical devices
- mining
- oil & gas
- pharmaceuticals
- publishing
- retailing & wholesaling
- software
- telecommunications
- transportation & distribution

**V. Walter Bratic**
**Page 3**

**Examples of**
**Business Experience**

<u>Securities Matters</u>
Analyzed disclosure issues relating to public and private offerings of securities in domestic and foreign markets. Analyzed stock price movement of publicly traded companies in various industries after the initial offering to determine the effect of certain events and their impact on stock prices. These analyses included event studies to identify peer groups of publicly traded companies in order to determine whether and to what degree the stock price movement was industry and company specific. Also calculated Section 16(b) short swing profits. Valued securities of closely held companies.

<u>Bankruptcy Proceedings</u>
Assisted interested parties with development and analysis of plans of reorganization for commercial income producing properties. Work included analysis of economic variables affecting occupancy and rental rates as well as selection of appropriate interest rates for rescheduled note terms. All variables were included in analysis and preparation of the plan of reorganization submitted for approval by creditors and the bankruptcy court.

Consulted and testified in various bankruptcy proceedings involving issues relating to solvency, rehabilitation, liquidation, plan confirmation, cash collateral, asset disposition and adversary proceedings.

Performed analyses relating to preferential payments and fraudulent conveyances made prior to filing for bankruptcy by various entities.

Analyzed the financial condition of the debtor at time of conveyance and the economic substance of such conveyances.

Involved in alter ego and corporate veil issues relating to debtor proceedings.

Assisted a syndicate of secured lenders in evaluating the renegotiation of a $600 million loan for a fleet of offshore drilling rigs. Analysis included development of financial models to simulate the effect on debt service based on market forces such as oil prices, drilling activity, day rates and rig utilization. Also analyzed the effect of certain note cross-collateralization provisions on each rig's available net cash flow to service debt.

Assisted a major oil field services and offshore drilling company in determining cash flows available under various term sheets to satisfy almost $1 billion of debt, a substantial portion of which was unsecured.

<u>Financial Institutions</u>
Performed studies regarding domestic and international banks. Analyses involved reviewing and studying investment and lending practices and strategies. Analyzed work out portfolios and OAO, project finance and loan syndications. Performed collateral reviews and benchmarking studies.

Performed various studies of credit card operations and charges involving institutional and retail accounts. Performed financial reviews, analyses and planning related to federal and state chartered banks and savings and

**V. Walter Bratic**
**Page 4**

**Examples of
Business Experience
Continued**

loan associations.    Examples of work performed include review of compliance with statutory regulations, peer group performance and loan portfolio performance.    Also have been involved in bankruptcy and litigation related matters involving financial institutions.    This included secured lender representation in bankruptcy and work out procedures as well as litigation involving lender liability and usury issues.  Also performed valuation studies of financial institutions.

Involved in numerous matters in the life and property, and health insurance industry.  Work performed included assignments relating to software development for agency and home office policy administration and claims.    Analyzed software and related operating systems for proprietary insurance product tracking.    File administration systems reviewed included products such as split life, variable life, forced credit life, and automobile collision and default products.  Analyzed E & O annual statements prepared and filed with state insurance commissions including surpluses and reserves. Analyze worker compensations, health insurance and other employee benefit claims

Involved in various matters regarding lender liability issues, including fiduciary duty, usury, non-performance, and collateral/security issues, among others.

Performed valuations of insurance companies and agencies.  Analyzed impact of actuarial assumptions on insurance products and product lines reviewed and analyzed reinsurance policies.

Fraud/White Collar Crime
Performed numerous investigations relating to white collar crime and criminal referral matters involving transactions relating to financial services, real estate and consumer and industrial products and services, and the oil and gas industry.

Analyzed and traced transactions involving billions of dollars allegedly related to schemes under civil and criminal RICO statutes.  Have been retained by private entities such as financial sector institutions and government agencies such as FNMAE, FSLIC, RTC and FDIC.

Reconstructed transactions to determine the nature and scope of transactions under investigation.  Also involved in asset tracing and asset recovery investigations.  Performed studies of industry standards and practices involving transactions to determine whether they were in conformity with accepted industry practice.

Performed numerous investigations of foreign bank operations, investment companies and related transactions in Asia, Europe, The Middle East, Central America and the Caribbean relating to investment programs and performance of and recovery of underlying assets.

Investigated various real estate and joint venture transactions relating to savings and loan institutions. Analyzed and traced monies disbursed from several hundred commercial loans issued to their ultimate disposition.

Analyzed offshore and blue-sky private placement offerings to determine whether and the extent to which material misrepresentations and

**V. Walter Bratic**
**Page 5**

**Examples of
Business Experience
Continued**

omissions were made and their impact on investors.

Traced monies through various accounts of a group of interrelated trusts to determine whether the trustee had violated any fiduciary duties and had engaged in self-dealing.

Investigated counterfeit activity related to consumer and industrial products and the damage caused to client reputation and goodwill as well as lost profits.

Assisted a consortium of U.S. banks with tracing of millions of dollars of loan proceeds used to finance purported export of U.S. merchandise to private industrial enterprises in an approved third world country under the F.C.I.A. loan insurance program.

Involved in numerous projects to trace flow of funds from investors to fiduciaries and diversion of investor monies as well as locating hidden assets.

<u>Intellectual Property</u>
Extensive experience in a variety of intellectual property issues involving patents, trademarks, trade dress, copyrights, trade secrets and know how. Have worked on assignments relating to strategic management, licensing, litigation and competition issues related to IP matters.

Testified in federal and state court, ITC, AAA, IAA and ICC matters Involving a broad range of IP related damages issues, including lost profits, reasonable royalties, price erosion, anti-trust and related topics. Subject matter has involved patents, trademarks and trade dress, copyrights and trade secrets.  Testified regarding competition issues and the impact of the form and structure of patent license terms on technology innovation. Testified regarding product and geographical market definition related to patent and antitrust damages. Served as court appointed expert, examiner and consultant in federal and state court proceedings.

Conducted extensive studies in strategic management of intellectual property for corporate clients including multinational, international, joint ventures, and start-up and development stage companies. Work performed included research and analysis regarding industry dynamics and IP management practices and evaluation of corporate IP strategies relating to invention/innovation cycles, license-in/license-out policies, buy/sell strategies, portfolio optimization, license enforcement and overall offensive and defensive IP strategies.

Performed compensation and benchmark studies relating to IP professionals.

Negotiated licenses and assisted clients in license negotiations and technology transfer projects.   Determined appropriate compensation package, including royalty payments, based on the proposed structure and terms of the license agreement for the subject technology.  Performed empirical studies associated with the subject technology's financial performance, industry practices and investment strategies.  Reviewed and analyzed the terms and conditions of several thousand license agreements.  Performed royalty compliance audits.

**V. Walter Bratic**
**Page 6**

**Examples of**
**Business Experience**
**Continued**

Industry focus has included, among others, energy, software and operating systems, semiconductors, life and health sciences (pharmaceutical, biotechnology, medical devices/procedures), semiconductors, high-end and consumer electronics, chemicals, computers, telecommunications, and e-commerce.

Broadcast Media/Data Storage
Involved in Broadcast Rights Relating to radio, TV, cable, satellite, and internet content. Rights have included sports, news, education programming relating to professional development and career training.

Involved in IP projects relating to valuation and licensing of technology relating to broadcast distribution such as internet, satellite and cable related to technology for access to distributed content.

Analyzed and valued network and data storage and transmission hardware and software solutions including internet, Ethernet and extranet data storage and transmission.

Trademark/Lanham Act
Performed studies of trademark licensing practices and valued trademarks (and portfolios) related to consumer marks including electronics, food, products, services and apparel and industrial products and financial services. Testified regarding various trademark and Lanham Act matters. Assisted clients in negotiating purchase/sale transactions related to trademark portfolios including conducting competitive and complimentary trademark licensing and positioning studies as well as valuation of comparable marks. Performed strategies assessment of trademark portfolio maintenance practices and licensing out strategies.

Involved in analyzing and negotiating royalties in various industries. Performed studies of corrective advertising and disgorgement of profits and other (FTC) measures of damages relating to trademark and tradedress infringement under the Lanham Act. Trademarks analyzed have included consumer and industrial products and services including consumer electronics as well as financial sector and information technology products and services. Analyzed trademark licenses and transactions involving sales of various marks. Also evaluated damages associated with false advertising, false designation of origin and unfair competition claims. Performed analyses relating to customer confusion, corrective advertising and unfair trade practices.

Analyzed and studied various industry standard setting bodies, practices and related license issues affecting standards adoption and innovation. Analyzed technology adoption and commercialization trends in the context of standard setting and patent pools.

Other IP Matters
Involved in and performed studies of IT systems including requirements definition studies, selection of data communication hardware and software specifications and system implementation and conversion. Also performed studies of the economics associated with the impact of IT systems on operational and financial performance of the subject company. Analyzed hardware and software requirements for multi-user

**V. Walter Bratic**
**Page 7**

**Examples of**
**Business Experience**
**Continued**

configurations including WAN/LAN and internet connectivity.

Engaged in various IP projects involving consumer products ranging from consumer electronics and food to pet and recreational products. Pet industry work has involved valuation and licensing of IP related to food additives, pet accessories and hygenic products.

Performed extensive studies in the computer hardware and peripheral sector, including components. Analyzed trends in prices, volume and market share of PC manufacturers and related components including integrated circuits, chip sets, mother boards, etc.

Involved in a variety of projects relating to the chemical industry including processes, formulation, and compounds. Work included evaluation of lost profits and reasonable royalties, and industry licensing practices. Negotiated licenses and performed valuations relating to chemical processes compounds and formulations.

Performed numerous analyses regarding valuation and licensing of trade secrets technology, as well as impact on antitrust licensing guidelines.

Performed studies relating to product liability issues related to electronics components, consumer electronics products and consumer and industrial products. Analyzed economic impact of defective products on manufacturers, retailers and consumers. Performed studies related to cost of settlements and design and implementation of such settlements.

Subject Area Expertise:
Valuations

Performed valuations of various businesses including minority and control blocks of closely held businesses and marketability discounts. These valuations of businesses and assets include manufacturing, distribution, retail and services sectors, but not limited to, the following:

- biotechnology/life sciences
- car/truck dealerships
- distributorships/franchises
- energy
- entertainment
- financial institutions
- high-end and consumer electronics
- holding companies
- hospitals/nursing homes/medical practices and facilities
- income producing properties
- insurance agencies/brokerages
- medical and professional practices
- patents, trademarks, goodwill and copyrights
- restaurants and retail establishments
- software
- transportation
- telecommunications

**Examples of Business Experience Continued**

Additional Subject Area Expertise:

Have been engaged in numerous projects involving the subject areas listed below:

- Audit, Accounting and Financial Reporting
- Alter Ego/Corporate Veil
- Antitrust
- Bankruptcy Proceedings/workouts
- BOD representation/special projects
- Business Interruption/Extra Expense/Betterment
- Environmental and Natural Resources damages
- Fiduciary Duty
- Fraud/White Collar Crime
- Personal Injury/Wrongful Termination/Wrongful Death
- Lender Liability
- Leasing
- Lost Profits
- Securities Matters

****

**Recent Speeches**

"Employing and Circumventing the New Business and Future Damages Rule: How Certain does Certain have to be?" *University of Texas School of Law The Damages Institute,* October 2004;

"Damages in Cases Involving Cutting Edge Technologies" *Law Seminars International-Calculating & Proving Patent Damages,* Reston, Virginia June 14, 2004;

"Economic Issues in Trademark Damages", *University of Houston Law School,* April 13, 2004;

"Treatment of IP Related to Standards", *Licensing Executive Society 2004 International Conference, Paris,* France, March 31, 2004;

"When Good Relationships Go Bad: Managing Default and Termination", *American Conference Institute, Advanced Forum on Licensing Intellectual Property,* December 9, 2003;

"Evolving Techniques in IP Portfolio Strategies: What Works?", *The University of Texas School of Law, 8P$^{th}$P Annual Advanced Patent Law Institute,* Austin, Texas, October 31, 2003;

"Current Topics in IP Licensing and Litigation" *Patent Lawyers Club of Washington & Northern Virginia,* Reston, Virginia September 8, 2003;

"Licensing and Competition: FTC/DOJ Views" *LES Washington, DC Chapter,* Washington, DC, May 2003;

"IP Valuation: Real World Transactions vs. Litigation" *General Electric Crotonville IP Practice Group Meeting,* Ossining, NY, April 2003;

**V. Walter Bratic**
**Page 9**

**Recent Speeches**
**Continued**

"IP Valuation: Real World Transactions vs. Litigation", *Berkeley Center for Law & Technology and The University of Texas School of Law, 3rd Annual Advanced Patent Law Institute*, San Jose, California, December 6, 2002;

"Continuing Evolution of Patent Damages", The University of Texas School of Law, 7th Annual Advanced Patent Law Institute, Austin, Texas, November 1, 2002;

"IP Valuation: Real World Licenses v. The Hypothetical License in Litigation" *Patent Lawyers Club of Washington & Northern Virginia*, Reston, Virginia October 28, 2002;

"Monetizing IP Investments in Early Stage Companies and Start Ups in a Down Economy", *Berkeley Center for Law & Technology and The University of Texas School of Law, 2nd Annual Advanced Patent Law Institute*, San Jose, California, December 7, 2001.

"Complex IP Valuation and Securitization", *The University of Texas School of Law, 6th Annual Advanced Patent Law Institute*, Austin, Texas November 2, 2001.

"Intellectual Property Damages in U.S. Litigation", *Intellectual Property Forum 2001* London, June 18, 2001.

"Valuing the Trade Secret, Proving the Damages and Getting the Best Award", *American Conference Institute,* New York, New York, June 7, 2001.

"Advanced IP Valuation Methodologies", *Licensing Executives Society 2001 Annual Conference,* South Africa, April 30, 2001.

"Evolution of Patent Damages after Rite-Hite and Royalties Under Standard Setting Organizations: What's Fair, Reasonable and Non-Discriminatory?", *Association of Corporate Patent Counsel (ACPC) Winter Meeting*, Key Largo, Florida, February 6, 2001.

"Do's and Don'ts for Successful International Technology Exploitation", *Licensing Executives Society 2000 Annual Meeting,* Toronto, Canada, September 11, 2000

"Convoyed Sales", Patent Section-Bar Association of the City of New York, April 2000.

"Patent Damages, Recent Developments & Emerging Trends", *Intellectual Property Owners' Association 1999 Annual Meeting,* San Francisco, California, November 15- 16, 1999.

"Trade Secret Exploitation Opportunities", *Licensing Executives Society 1999 Annual Meeting,* San Antonio, Texas, October 27, 1999.

"Strategic Management of Intellectual Property", *DuPont 1999 CLE Intellectual Property Law Seminar,* Wilmington, Delaware, October 25, 1999.

**V. Walter Bratic**
**Page 10**

| | |
|---|---|
| **Recent Speeches Continued** | "Establishing Your Claim For Damages – Proving and Calculating Your Loss", *Multi-Jurisdictional Patent Litigation,* London, England, September 23-24, 1999. |

"Intellectual Property Due Diligence in Business Transactions", *Association of the Bar*, New York, New York, April 16, 1999.

"Advantages and Economic and Financial Impact of Intangibles: The Importance of Valuation of Intellectual Property: - *INDECOPI Seminario Internacional sobre Valorización de la Propiedad Intelectual*, Lima, Peru, November 19-20, 1998.

"The Real Cost of Counterfeiting" – International Anti-Counterfeiting Coalition Conference – *Global Anti-Counterfeiting - Black and White and the Big Gray Zone in Between*, Santa Monica, California, October 18-20, 1998.

"Successful Licensing/Joint Ventures Strategies: Extending the Lifeline to Development Stage Biotech Companies" – *Maximizing Genomic Growth Conference*, New York, May 1998.

"Value and License Drivers:  From the Crossroads to the Monte Carlo Grand Prix" - *Licensing Executives Society Winter Meeting*, Newport Beach, California, February 1998.

"Strategically Managing Your Intellectual Property Portfolio" – *Intellectual Property Institute for Corporate Counsel Conference*, San Francisco, California, January 1998.

"Royalty Rates: What's Reasonable" - *DuPont Intellectual Property Conference*, Wilmington, Delaware, October 1997.

"Management Strategies for Handling IP Assets" - InfoNex Intellectual Property Conference, Toronto 1997.

"Preparing for Software Licensing Negotiations" - Licensing Executives Society Mid-Winter Conference, 1997.

"Preparing for License Negotiations" – Association of Corporate Patent Counsel Mid-Year Meeting, 1996.

---

**Publications**

"Standards Setting Under the Microscope" – Managing Intellectual Property, October 2004

"Measuring Intellectual Property Portfolio Performance", A chapter in the book, *From Ideas to Assets,* published by John Wiley & Sons, Inc., Copyright © 2002.

"Emerging Issues In Research Tool Licensing" – Journal of Commercial Biotechnology, Autumn 2001.

**V. Walter Bratic**
**Page 11**

**Publications**
**Continued**

"Trade Secrets and Patents: Comparison and Contrast in Royalty Determination" – <u>les Nouvelles</u>, September 2000.

"Software Licensing Strategies" - Austin Software Counsel, 1996.

"Biotech Valuations" – Biotechnology Conference BIO '96, 1996.

"Why Trade Secrets Can Be So Valuable" – <u>les Nouvelles</u>, December 1999.

"The value of trade secrets" – <u>Managing Intellectual Property</u>, October, 1999.

"Potentially Devastating Events:  How Three Companies Managed and Survived a Crisis" – *Corporate Reputation Review*, <u>Henry Stewart Publications</u>, Summer, 1999.

"Identify and Convey IP to Reveal True Firm Value" – *Hidden Value Profiting from the Intellectual Property Economy*, <u>Euromoney Publications</u>, Summer, 1999.

"US University Technology Transfer Trends – A Regional Analysis" – <u>Journal of Commercial Biotechnology</u>, Autumn 1998.

"What Makes a Biotech Company Valuable?" – <u>Managing Intellectual Property</u>, November 1998.

"Business Discovers the Value of Patents" – <u>Managing Intellectual Property</u>, September 1998.

"Accounting for Change: Creating New Strategic Alliances" – <u>Law Governance Review</u>, Summer 1998.

"Monte Carlo Analyses Aid Negotiation" – <u>Les Nouvelles:  Journal of the Licensing Executive Society</u>, June 1998.

"It's All in Your Head: The Promise of Intellectual Property" – <u>Texas Business Review</u>, Bureau of Business Research, University of Texas at Austin, June 1998.

"Biotechnology and La Frontera Nueva: Business and Intellectual Property Issues in Latin America" – <u>Journal of Biotechnology in Healthcare: Research and Regulation</u>, Spring 1998.

"Navigating Through A Biotechnology Valuation" – <u>Journal of Biotechnology in Healthcare:  Research and Regulation,</u>

"Strategic Management of Intellectual Property" – <u>Law Governance Review</u>, Winter 1998.

"Showing Irreparable Harm During Preliminary Injunction Hearings" – <u>IP Litigator</u>, March/April 1997.

"Thinking About Intellectual Property: Vast Potential, Management Required" – <u>PW Review</u>, June 1996.

**V. Walter Bratic**
**Page 12**

**Publications**
**Continued**

"Documents and Discovery in Intellectual Property Cases: The Law Works" – October 1995.

"Computers and Electronic Spreadsheets" – <u>Legal Tech Newsletter</u>, 1986.

# V. WALTER BRATIC
## InteCap, Inc.
### A Subsidiary of Charles River Associates Incorporated
### 1600 Smith Street, Suite 4900
### Houston, Texas 77002
### (713) 332-0630

## Testimony during the Past Four Years

### Court Proceedings

Commercial Arbitration with the American Arbitration Association Dallas Division
- Brazos Electric Power Cooperative, Inc. v. Tenaska IV Texas Partners, Ltd.

In the United States District Court for the Eastern District of Texas Marshall Division
- Quinetiq Limited v. Samsung Telecommunications America, L.P., et al

In the United States District Court for the Eastern District of Texas Marshall Division
- Brooktrout, Inc. v. Eicon Networks Corporation and Eicon Networks Inc.

In the United States District Court of Harris County, Texas 133rd Judicial District
- T Power & Automation, L.P., et al. v. Tesla Power and Automation L.P., et al.

In the United States District Court for the Southern District of Texas Houston Division
- Conoco Inc and Conoco Specialty Products Inc. v. Energy & Environmental International, L.C., Gerald B. Eaton, Ronald N. Grabois, and Michael Monahan

Texas Department of Motor Vehicle Board
- Metro Ford Truck Sales, Inc. v. Ford Motor Company & Sterling Truck Corporation

In the District Court of Andrews County, Texas 109th Judicial District;
- Lotus, L.L.C. v. Baker Hughes INTEQ

United States District Court Eastern District of New York;
- Tokyo Electron Arizona, Inc. v. Discreet Industries Corporation, et al.

Texas Department of Transportation Motor Vehicle Board;
- Metro Ford Truck Sales, Inc. V. Ford Motor Company

In the District Court of Harris County, Texas 295th Judicial District;
- R.C. Jones, and Superior Waste Management, Inc. v. Republic Waste Services of Texas, Ltd.

In the United States District Court for the Southern District of Texas Houston Division;
- Administaff, Inc. and Administaff of Texas, Inc. v. Aetna Life Insurance Company

In the United States District Court for the Northern District of Texas Dallas Division;
- Reba A. Mansell v. Raytheon Company and Orbital Sciences Corp.

**V WALTER BRATIC**
**Page 2**

In the United States District Court for the District of Delaware;
- Union Carbide Chemicals & Plastics Technology Corporation and Union Carbide Corporation v. Shell Oil Company, Shell Chemical Company, and CRI Catalysts Company

United States International Trade Commission
- In the matter of Certain Recordable Compact Discs and Rewritable Compact Discs Princo; Gigastorage

In the United States District Court for the Southern District of Florida Northern Division;
- Universal Surveillance Corporation v. Sensormatic Electronics Corporation

U. S. District Court for the Western District of Texas Austin Division;
- Fluorine on Call, Ltd. v. Fluorogas Limited, Applied Materials, Inc., and The BOC Group PLC

International Court of Arbitration, International Chamber of Commerce;
- Visteel, Inc., Tex-Tube Company, et al. v. Merfish Holdings, LTD. and Jacobson Holdings, LTD.

In the United States District Court for the Western District of Texas Austin Division;
- Surface Joint Venture v. E.I. Dupont De Nemours and Company, Inc.

United States District Court for the Northern District of Texas, Dallas Division;
- Ericsson Inc. v. Harris Corporation and Harris Canada, Inc. v. Telefonaktiebolaget LM Ericsson and Ericsson Radio Systems AB

District Court of Harris County, Texas (Court Appointed Expert);
- Roemer Oil Company, et al. v. Yuma Petroleum Company, et al.

United States District Court for the Southern District of Florida;
- Al-Site Corporation and Magnivision, Inc. v. VSI International, Inc.

American Arbitration Association;
- Advanced Cardiovascular Systems, Inc. v. Medtronic AVE, Inc.

United States District Court for the Eastern District of Texas Marshall Division;
- Power Mosfet Technologies, L.L.P., v. Infineon Technologies Corporation, a Delaware corporation

United States District Court for the Northern District of Texas Dallas Division;
- Harris Corporation v. Sanyo North America Corporation, Sanyo Manufacturing Corporation, Sanyo Video Components (USA) Corporation

United States District Court for the Northern District of Texas Amarillo Division;
- Sergio Ruiz v. Countrywide Home Loans, Inc. and Peirson & Patterson

American Arbitration Association
- Boston Scientific Corporation, Schneider (Europe) GmbH, and Boston Scientific SCIMED, Inc. v. Medtronic AVE, Inc.

United States District Court for the Northern District of Texas Amarillo Division;
- Micro Chemical, Inc. v. Lextron, Inc. and Turnkey Computer Systems, Inc.

**V WALTER BRATIC**
**Page 3**

In the United States District Court for the District of Delaware
- Union Carbide Chemicals & Plastics Technology Corporation and Union Carbide Corporation v. Shell Oil Company, Shell Chemical Company, and CRI Catalysts Company

American Arbitration Association
- BMB Oil, Inc. v. Union Texas LOK Batan Limited and Union Texas Petroleum Corporation

## DEPOSITIONS

In the District Court of Johnson County 249th Judicial District
- Brazos Electric Power Cooperative, Inc. v. Ponderosa Pine Energy, L.L.C., et al.

In the United States District Court Southern District of Texas Houston Division
- Kenneth L. Nash v. Microsoft Corporation

In the United States District Court Southern District of Texas Houston Division
- Ben Floyd, Trustee of The Estate of Seven Seas Petroleum, Inc. v. Robert A. Hefner III, et al.

In the United States District Court of Harris County, Texas
- NextiraOne, LLC v. Edascio, LLC and TD Services, LLC

American Arbitration Association
- John Deere Construction & Forestry Company, et al. v. Spreitzer, Inc., et al.

In the United States District Court Central District of California
- Magnivision, Inc. v. The Bonneau Company and Foster Grant Group, LP

Superior Court of New Jersey Law Division Mercer County
- Andes Trading de Mexico, S.A. de C.V. v. Church & Dwight Co., Inc., Armkel, L.L.C. and Carter-Wallace, Inc.

In the United States District Court for the Eastern District of Texas Marshall Division
- Antor Media Corporation v. Apple Computer, Inc., Microsoft Corporation and RealNetworks, Inc.

Commercial Arbitration with the American Arbitration Association Dallas Division
- Brazos Electric Power Cooperative, Inc. v. Tenaska IV Texas Partners, Ltd.

In the United States District Court Southern District of New York
- U.S. Philips Corporation v. Princo Corporation and Princo America Corporation, Gigastorage Corporation and Gigastorage USA v. U.S. Philips Coporation and Koninklijke Philips Electronics N.V.

In the United States District Court for the Southern District of New York
- CIAS, Inc. v. Alliance Gaming Corp. and Bally Gaming, Inc.

In the United States District Court for the Western District of Texas Austin Division
- The Molpus Company d/b/a Woodlands Resource Management Group v Cook Forestry Products, LLC

In the United States District Court for the Northern District of California San Francisco Division
- Foundry Networks, Inc. v. Nortel Networks, Inc., Nortel Networks Limited

United States District Court for the District of Delaware
- Becton, Dickinson & Company v. Tyco Healthcare Group LP

United States District Court for the Northern District of Texas Dallas Division
- Wayne A. Fowler v. Bell Helicopter Textron, Inc.

United States District Court Central District of California Western Division
- Inamed Corporation, et al. v. Lubomyr I. Kuzmak

United States Bankruptcy Court for the Northern District of Texas Dallas Division
- Precept Business Services, Inc., et al. v. Jackson Walker, L.L.P., et al.

In the United States District Court for the Eastern District of Texas Marshall Division
- Scott Clare, Neil Long, and Innovative Truck Storage, Inc. v. Ford Motor Company, General Motors Corporation, et al.

United States District Court for the District Court of Massachusetts
- Massachusetts Eye and Ear Infirmary v. Novartis Ophthalmics, Inc. and QLT, Inc.

In the United States District Court for the Southern District of Texas Houston Division
- JJK Industries, L.P. v. KPlus, Inc. and Eric A. Klein

In the District Court of Harris County, Texas 333rd Judicial District
- Houston McLane Company, Inc. And Houston Regional Sports Network, L.P. v. Affiliated Regional Communications, Ltd., d/b/a Fox Sports Southwest

In the United States District Court for the Southern District of Texas Houston Division
- Conoco Inc and Conoco Specialty Products Inc. v. Energy & Environmental International, L.C., Gerald B. Eaton, Ronald N. Grabois, and Michael Monahan

In the United States District Court for the Western District of Texas Austin Division
- Robert Rodgers v. Johnson Health Tech. Co., LTD, Epix, Inc. d/b/a Vision Fitness, Matrix Fitness, Inc., and Horizon Fitness, Inc.

United States District Court Southern District of New York
- Atmel Corporation, LSI Logic Corporation, v. Semtech Corporation, Semtech New York Corporation, and Microchip Technology, Inc.

United States District Court for the Southern District of Texas Houston Division
- Encore Bank v. TXU Corp., f/k/a Texas Utilities Company

In the United States District Court for the District Court of South Carolina Spartanburg Division
- Milliken & Company v. Interface, Inc., et al.

In the United States District Court for the Southern District of Texas Houston Division
- Logan Farms, Inc. and James P. Logan, Jr. V. Honeybaked Ham, L.P., MI, et al.

**V WALTER BRATIC**
**Page 5**

In the District Court of Harris County, Texas 295th Judicial District
- R.C. Jones, and Superior Waste Management, Inc. v. Republic Waste Services of Texas, Ltd.

In the United States District Court for the Northern District of Texas Dallas Division
- IEX Corporation v. Blue Pumpkin Software, Inc.

United States International Trade Commission
- In the matter of Certain Recordable Compact Discs and Rewritable Compact Discs Princo; Gigastorage

In the United States District Court for the Western District of Oklahoma
- Frank's Casing Crew & Rental Tools, Inc. v. Weatherford International, Inc.

In the United States District Court for the Southern District of Florida, Northern Division
- Universal Surveillance Corporation v. Sensormatic Electronics Corporation

In the United States District Court for the Eastern District of Texas, Tyler Division
- Jack Reese Associates/USA, Inc., et al. v. The AIG Life Insurance Companies (U.S.), et al.

In the District Court of Harris County, Texas 190th Judicial District
- Vita International, Inc. v. Chamberlain, Hrdlicka, White, Williams & Martin and Wendy Buskop

United States District Court of Missouri
- Group One LTD. v. Hallmark Cards, Incorporated

In the United States District Court for the Eastern District of Texas Marshall Division
- Catmark, Inc. v. AIG Life Insurance Co., American International Life Assurance Company of New York, Delaware American Life Insurance Company

In the United States District Court for the Western District of Texas, Austin Division
- Surface Joint Venture v. EI. Dupont De Nemours and Company, Inc.

80th Judicial District Court of Harris County, Texas
- Helen D. Davis v. Stephen D. Adell and Adell Harriman & Carpenter, Inc.

Texas Department of Transportation Motor Vehicle Board
- Metro Ford Truck Sales, Inc. v. Ford Motor Company

In the District Court of Travis County, Texas, 250th Judicial District
- Luminex Corporation v. Arnold, White & Durkee

In the District Court of Harris County, Texas, 190th Judicial District
- Tanox, Inc. v. Panresources International N.V., Andries De Nooij B.V., M. De Boer, J.W. Larrick, J.S. Price, R.F. Balint, M.T. Den Hartog, and L. Boon

Superior Court of the State of California for the County of Orange, Central Judicial District
- Michael A. Kahn v. M.F. Salta Company, Inc.

**V WALTER BRATIC**
**Page 6**

In the United States District Court for the Western District of Texas, Austin Division
- Fluorine on Call, Ltd. v. Fluorogas Limited, Applied Materials, Inc., and The BOC Group PLC

United States District Court for the Southern District of Texas Houston Division
- Celanese International Corporation v. Millennium Petrochemicals, Inc.

U. S. District Court for the Eastern District of Texas Sherman Division
- John Shoemaker, et al. v. Unova, Inc. and Intermec Technologies Corporation

U.S. District Court for the District of Massachusetts
- Massachusetts Eye and Ear Infirmary v. QLT Photo Therapeutics, Inc.

U.S. District Court of Harris County Texas, 11th Judicial District
- Hospital Systems Solutions v. Robert C. Hux, et al.

United States District Court for the Southern District of Florida
- Al-Site Corporation and Magnivision, Inc. v. VSI International, Inc.

American Arbitration Association
- Tracker Marine, L.L.C. v. Fleetwood Enterprises, Inc.

United States Federal Trade Commission
- Schering-Plough Corporation, Upsher-Smith Laboratories v. American Home Products Corporation

U.S. District Court, Northern District of Alabama, Northeastern Division
- Intergraph Corporation v. Intel Corporation

In the District Court of Harris County, Texas, 127th Judicial District
- Gyrodata Incorporated v. Baker Hughes Incorporated and Baker Hughes Inteq

In the District Court of Harris County, Texas, 157th Judicial District
- Sherman, Gerald Mason, D/B/A Castle Developments, LTD v. Clearworks.Net, Inc., Formerly Clearworks Technologies, Inc.

In the District Court of Harris County, Texas, 190th Judicial District
- Power Strategies, L.L.C. et al. v. Allied Waste Industries, Inc. Individually and as Successor in Interest to Newton County Development Corporation and Aegis of Brunswick County, Inc. et al.

In the United States District Court for the Northern District of Texas, Dallas Division
- Ericsson, Inc. v. Harris Corporation and Harris Canada, Inc. v. Telefonaktiebolaget LM Ericsson and Ericsson Radio Systems AB