FILED by SW D.C.
ELECTRONIC
Dec 23 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20314-CIV-ALTONAGA/BANDSTRA

EDWARD LIPUMA, on Behalf of Himself
and All Others Similarly Situated and on
Behalf of the General Public,

        Plaintiff,

v.

AMERICAN EXPRESS COMPANY, a New York
Corporation, et al.

        Defendants.
_____/

**CLASS ACTION**

## CLASS PLAINTIFFS' APPLICATION FOR ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF SERVICE AWARDS

On December 20, 2005 the Court approved the settlement of this class action and reserved ruling on the issue of attorney's fees. The Court stated:

> Class Counsel submitted a memorandum in support of their application for attorney's fees [D.E. 269], with supporting affidavits and declarations. [D.E. 270-279]. If no additional objections exist to the award of fees in the amount requested, Class Counsel may apply for an award in the amount noted in their memorandum, or such other amount as is appropriate.

Order at 47, n.12. Accordingly, Class Counsel hereby apply for an award in the exact amounts noted in their original memorandum, namely $10,772,914.19 in attorneys fees, $227,085.81 in expenses, and $10,000 to each of the two class representatives, Edward LiPuma and William S. Barrett.

The deadline to file objections to Class Counsel's request for attorney's fees passed on February 14, 2005. In their March 14, 2005 Memorandum of Points and Authorities in Support of Application for Attorney's Fees, Reimbursement of Expenses, and Payment of Service Awards ("Award Memorandum"), Class Counsel addressed each and every objection in their papers and

415/aj

during oral argument and continue to believe that the relatively few objections that specifically deal with the award of attorney's fees have no merit.

Since submitting the Award Memorandum on March 4, 2005, Class Counsel have been required to expend a substantial amount of time and resources due to the numerous hearings, negotiations and motion practice that resulted from various objectors and intervenors. This time and expense could be utilized by Class Counsel to support their request for attorney's fees and certainly lower any loadstar factor which the Court may consider in awarding the requested fees. Unless the Court desires that, Class Counsel will rest on the original application filed with the Court.

Accordingly, Class Counsel hereby apply for an award in the same amount as noted in their original Award Memorandum, $10,772,914.19 in attorney's fees, $227,085.81 in expenses, and $10,000 to each of the two class representatives, Edward Lipuma and William S. Barrett.

Respectfully submitted,

GARWIN, GERSTEIN,
& FISHER, L.L.P.
Co-counsel for Plaintiffs
1501 Broadway – Suite 1416
New York, New York  10036
Tel: (212) 398-0055/Fax: (212) 764-6620
Bruce E. Gerstein, Esq.
Kevin Landau, Esq.

KOZYAK TROPIN & THROCKMORTON, P.A.
Attorneys for Plaintiffs
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Telecopier: (305) 372-3508

By: _____
Adam M. Moskowitz, FBN: 984280
Thomas A. Tucker Ronzetti, FBN: 965723

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
ALLAN STEYER
D. SCOTT MACRAE
Co-counsel for Class Plaintiffs
One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415/421-3400
415/421-2234 (fax)

HULETT HARPER STEWART, LLP
DENNIS STEWART
Co-counsel for Class Plaintiffs
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: 619/338-1133
619/338-1139 (fax)

LERACH COUGHLIN STOIA
& ROBBINS LLP
Co-counsel for Class Plaintiffs
FRANK J. JANECEK, JR.
BONNY E. SWEENEY
CHRISTOPHER M. BURKE
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SCHRAG & BAUM, P.C.
THOMAS F. SCHRAG
JAMES S. BAUM
MICHAEL L. SCHRAG
280 Panoramic Way
Berkeley, CA 94704
Telephone: 510/849-1618 510/841-6050 (fax)

Of Counsel:

BALLON STOLL BADER & NADLER, P.C.
Irving Bizar, Esq.
1450 Broadway, 14th Floor
New York, New York 10018
Tel: (212) 575-7900/Fax: (212) 764-5060

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was provided to Defendants' counsel for posting on the Claims Administration Website, forwarded to counsel for Defendants and Intervenors by e-mail transmission, and forwarded to all the following parties on the attached Service List by U.S. Mail on this 23rd day of December, 2005.

## SERVICE LIST
## COUNSEL FOR THE DEFENDANTS AND INTERVENORS

Scott R. Shepherd
Shepherd Finkelman, Miller, et al.
1600 Southeast 17th Street Causeway
Ft. Lauderdale, FL 33316-1717

Spencer Aronfeld
Aronfeld & Associates, P.A.
3132 Ponce de Leon Blvd.
Coral Gables, FL 33134

Roberto Salazar
Law Office Roberto Salazar
4601 North McColl Road
McAllen, TX 78504

Austin Tighe
Feazell & Tighe
6300 Bridgepoint Parkway
Bridgepoint 2, Suite 220
Austin, TX 78730

Paul M. Weiss
Freed & Weiss, LLC
111 West Washington Street
Suite 1331
Chicago, Illinois 60602

L. Thomas Lakin
The Lakin Law Firm, P.C.
301 Evans Avenue, P.O. Box 27
Wood River, IL 62095-1127

Michael Caddell
Cynthia Chapman
Cory S. Fein
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027

Daniel C. Girard,
Sanjay M. Ranchod
Girard Gibbs & De Bartolomeo
601 California Street, Suite 1400
San Francisco, CA 94108

CASE NO. 04-20314-CIV-ALTONAGA/BANDSTRA

Scott Pearson
Julia B. Strickland
Marcos Sasso
Stroock & Stroock & Lavan LLP
Counsel for Defendant Amex
2029 Century Park East, Floor 18
Los Angeles, CA  90067-3086

David S. Stellings
Caryn Becker
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017

Richard Brian Simring
Richard Edmund Landman
Strook & Strook & Lavan, LLP
200 S. Biscayne Boulevard
Suite 3160
Miami, Florida 33131

**OBJECTORS**

Morgan D. Adams, Jr.
305 Columbia Ave.
Whitefish, MT  59937

Michael Baybak
4515 Ocean View Blvd.
Suite 305
La Canada, CA  91001

John S. Biersteker
116 Windjammer Lane
Third Lake, Illinois 60030-2624

Peter J. Connors, CEO
Remcon Plastics, Inc.
208 Chestnut Street
Reading, PA  19602

William H. Delavan
509 W. Fayette St.
Syracuse, NY  13204

Diana Fiedotin
10630 Wilkins Ave.
#201
Los Angeles, CA  90024

CASE NO. 04-20314-CIV-ALTONAGA/BANDSTRA

Robert Fuller
5854 E. Emille Zola Ave.
Scottsdale, AZ 85254

Guy P. Gadola, III
4060 Sarnac Dr.
Sharpsville, PA 16150

J. Rio Garrison
4202 Quebec Avenue
Prince George, VA 23875

Joseph B. Greenspan, MD
1217 Breakers West Blvd.
West Palm Beach, FL 33411-1881

Lance Finn Helsten
1180 N. 1165 W
Orem, UT 84057-2898

Joan S. Holman
2642 SW 18 Place
Gresham, OR 97080

James J. Kilsdonk
11609 Paradise Drive
Stone Harbor, NJ 08247

Harry E. Korner
25 Missions Palms East
Rancho Mirage, CA 92270

Michael A. Michaud
3831 Fenway Crossing
Marietta, GA 30062

J. Brian Moran
527 James St.
Morristown, NJ 07960

Robert Morgan
P.O. Box 822
Dauphin Island, AL 36528

Frank A. Reppenhagen
175 College St.
Buffalo, NY 14201

David J. Richards
7316 White Oak Drive
Lago Vista, TX 78654

Teresa Ridgeway
2609 Cameron Street
Mobile, AL 36607

Heinz Rosen
2911 Sun Cove Drive
Kissimmee, FL 34746

HughW.Scott
P.O. Box 7376
Jackson, WY 83002

Theodore C. Slack
1408 Brickell Bay Drive
Apt. 1010
Miami, FL 33131

Ross W. Smith
P.O. Box 525
Glenbrook, NV 89413

T. Mark Stamm
10033 Chartwell Manor Ct.
Potomac, MD 20854

Joseph Zazeckie
P.O. Box 605
Hancock, NY 13783

Hans-Jochen Trost
1629 University Drive
Richardson, TX 75081

John C. O'Callahan
40 Salt Acres Road
Stonington, CT 06378

E.M. Selfe
2600 Arlington Ave. South
Apt. 84
Birmingham, AL 35205-4164

Steven Tannenbaum
192 Menderis Road
Swan Lake, New York 12783

CASE NO. 04-20314-CIV-ALTONAGA/BANDSTRA

Raul E. Garcia, Esq.
9200 South Dadeland Blvd., Suite 316
Miami, Florida 33156
*Attorney for Amy M. Bogran and Primie Real Estate LLC*

Richard H. Critchlow, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard, Suite 1100
Miami, Florida 33131
*Attorney for Bridgestone/Firestone.*

Paul D. Kamenar, Esq.
Washington Legal Foundation
2009 Massachusetts Avenue, N.W.,
Washington, D.C. 20036
*Attorney for Clayton Robert Barker, III*

Michael J. McHale, Esq.
1925 Northeast Ricou Terrace,
Jensen Beach, Florida 34957
*Attorney for Dee J. Brasfield, III*

Nicholas Fausto, Esq.
671 Stokes Road, Suite 4-150
Medford, New Jersey 8055
*Attorney for DM Delluomo, Inc.*

Patrick E. Geraghty, Esq.
Geraghty Dougherty Edwards Goldberg McQuagge Bosseler & Morgan, P.A.
2225 First Street,
Fort Myers, Florida 33901
*Attorney for Edward McNamara & Barbara Geraghty*

Leon Storie, Esq.
2824 Seventh Street,
Tuscaloosa, Alabama 35401
*Attorney for Jason Creamer & Joann Jannik*

Catherine Hite, Esq.
Catherine Hite, P.A.
799 Brickell Plaza, Suite 700
Miami, Florida 33131
*Attorney for Joseph C. Hawthorn*

David J. Richards
7316 White Oak Drive,
Lago Vista, Texas 78654
*Pro Se*

Robert L. Weinberg, Esq.
5171 N. Thirty-Seventh Road,
Arlington, Virginia 22207-1825
*Pro Se*

Tabitha Kirin
2745 Edgehill Avenue,
Bronx, New York 10463
*Pro Se*

Nicole A Moschetta
333 Locust Street,
Pittsburgh, Pennsylvania 15218
*Pro Se*

CASE NO. 04-20314-CIV-ALTONAGA/BANDSTRA

Benjamin R. Windsor
18 Forest Glen,
Pittsburgh, Pennsylvania 15228
*Pro Se*

Robert L. Weinberg
5171 N. Thirty-Seventh Road,
Arlington, Virginia 2207-1825
*Pro Se*

Arturo Alfonso, Esq.
7821 Coral Way, Suite 125
Miami, Florida 33155
*Attorney for Rick Frazier, Andrea Yatooma, Lenny Palmeri and Gregory Yatooma*

Wade T. Howard, Esq.
600 Travis, Suite 6710
Houstonq, Texas 77002
*Attorney for Seth Silverman*

N. Albert Bacharach, Jr., Esq.
115 Northeast 6th Avenue,
Gainesville, Florida 32601
*Attorney for Stuart Yoes, William H. Yoes, Milton J. Fontenots, Frank DeJulius, Michael J. Rinis, Rinis Travel Service, Inc.,*

Joseph W. Bauer, Esq.
29400 Lakeland Boulevard,
Wichliffe, Ohio 44092
*Attorney for* The Lubrizol Corporation

John Pentz, Esq.
2 Clock Tower Place
Suite 260G
Maynard, MA 01754

By: _____
Adam M. Moskowitz

261104