UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 04-20314-CIV-ALTONAGA/BANDSTRA

**EDWARD LIPUMA**, on behalf of himself and all others similarly situated and on behalf of the general public,

    Plaintiff,

vs.

**AMERICAN EXPRESS COMPANY**, a New York corporation, et al.,

    Defendants.

### RESPONSE OF E. M. SELFE (027989241) TO CLASS PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES

In the Response of E. M. Selfe (D.E. 353) to Defendants' Summary of Final Approval Issues (D.E. 341), it is stated that "… the Court should reject the settlement or defer its decision with respect to the fairness of the settlement and attorneys' fees until the aggregate amount of valid claims has been determined by the Settlement Administrator."

In the Response of Defendants' (D.E. 384) with respect to the filing of claims data the Defendants state that "… Although no one can predict with certainty what the final claims amount will be until the claims are finally processed (a task American Express stands ready, willing and able to begin as soon as the settlement is approved by your Honor) …".

The Court should continue to reserve its ruling on the issue of attorneys' fees until the final claims amount has been determined. In the case of **Waters v. International Precious**

1

**Metals Corp.**, 190 F.3d 1291, 1298 (11th Cir. 1999), the Eleventh Circuit said that a District Judge, in the exercise of discretion, could base an attorney fee award on the actual class recovery rather than on the gross settlement amount. This is a case in which the attorneys' fee award should be based upon the actual class recovery because the settlement agreement provides for a reversion of the settlement fund to American Express.

For the foregoing reasons, the Court should reserve its ruling on the issue of attorneys' fees until the claims are finally processed.

Respectfully submitted,

*E. M. Selfe*

E. M. Selfe (027989241)
2600 Arlington Avenue South
Apartment 84
Birmingham, Alabama 35205-4164
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed to the following persons by United States Mail, first class delivery, on this 4th day of January, 2006.

*E. M. Selfe*
E. M. Selfe

2

SERVICE LIST
CLASS COUNSEL

**Co –Counsel for Plaintiffs**
Bruce E. Gerstein,
Kevin Landau
GARWIN, GERSTEIN, & FISHER, L.L.P.
1501 Broadway – Suite 1416
New York, NY  10036

**Attorneys for Plaintiffs**
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134

**Co-Counsel for Class Plaintiffs**
Allan Steyer
D. Scott Macrae
STEYER LOWENTHALL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, 3rd Floor
San Francisco, CA  94111

**Co-Counsel for Class Plaintiffs**
Frank J. Janecek, Jr.
Bonny e. Sweeney
Christopher M. Burke
LERACH COUGHLIN STOLA & ROBBINS LLP
401 B Street, Suite 1700
San Diego, CA  92101

**Co-Counsel for Class Plaintiffs**
Dennis Stewart
HULETT HARPER STEWART, LLP
550 West C Street, Suite 1600
San Diego, CA  92101

Thomas F. Schrag
James S. Baum
Michael L. Schrag
SCHRAG & BAUM, P.C.
2800 Panoramic Way
Berkeley, CA  94704

**Of Counsel**
Irving Bizar
1450 Broadway – 14th Floor
New York, NY  10018

## SERVICE LIST
## COUNSEL FOR THE DEFENDANTS AND INTERVENORS

Scott R. Shepherd
SHEPHERD FINKELMAN, MILLER, ET AL.
1600 Southeast 17th Street Causeway
Ft. Lauderdale, FL 33316-1717

Roberto Salazar
Law Office of Roberto Salazar
4601 North McColl Road
McAllen, TX 78504

Paul M. Weiss
FREED & WEISS, LLC
111 West Washington Street – Suite 1331
Chicago, IL 60602

Michael Caddell
Cynthia Chapman
Cory s. Fein
CADDELL & CHAPMAN
1331 Lamar – Suite 1070
Houston, TX 71370

Scott Pearson
Julia B. Strickland
STROOCK & STROOCK & LAVAN LLP
Counsel for Defendant Amex
2029 Century Park East, 18th Floor
Los Angeles, California 90067

Richard Brian Simring
Richard Edmunc Landman
STROOK & STROOK & LAVAN, LLP
200 S. Biscayne Blvd. – Suite 3160
Miami, FL 33131

Spencer Aronfeld
ARONFELD & ASSOCIATES, P.A.
3132 Ponce de Leon Blvd.
Coral Gables, FL 33134

Austin Tighe
FEAZELL & TIGHE
6300 Bridgepoint Parkway
Bridgepoint 2 – Suite 220
Austin, TX 78730

L. Thomas Lakin
THE LAKIN LAW FIRM, P.C.
301 Evans Avenue
P.O. Box 27
Wood River, IL 62095-1127

Daniel C. Girard
Sanjay M. Ranchod
GIRARD GIBBS & DE BARTOLOMEO
601 California Street – Suite 1400
San Francisco, CA 94108

David S. Stellings
Caryn Becker
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue – 48th Floor
New York, NY 10017