UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20314-CIV-ALTONAGA/Turnoff

EDWARD LIPUMA, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

AMERICAN EXPRESS COMPANY, a
New York corporation, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendants' Motion to Correct Order Approving Settlement of Class Action Lawsuit [D.E. 416], filed on December 27, 2005. Through their Motion, Defendants request that the Court issue a modified Order Approving Settlement of Class Action Lawsuit, redacting certain confidential information. The Court's Order [D.E. 414] was signed on December 20, 2005, a full week prior to the filing of Defendants' Motion, and has been an available public record since that date. The Order has also been published.[1] *Lipuma v. Am. Express Co.*, 19 Fla. L. Weekly Fed. D 136, 2005 U.S. Dist. LEXIS 38010, 2005 WL 3543841 (S.D. Fla. Dec. 20, 2005). In light of the wide circulation of the Order, it is

**ORDERED AND ADJUDGED** that Defendants' Motion to Correct Order Approving Settlement of Class Action Lawsuit **[D.E. 416]** is **DENIED AS MOOT**.

---

[1] The undersigned did not submit the Order Approving Settlement of Class Action Lawsuit for publication.

CASE NO. 04-20314-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of January, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel of record