

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**Case No. 04-20314-CIV-ALTONAGA/TURNOFF**

EDWARD LIPUMA, on behalf of Himself
and All Others Similarly Situated,

        Plaintiff,

    v.

American Express Company, a New York
Corporation, *et al.*,

        Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that Class members and Intervenors/Objectors Pamela Paul, John

A. Caddell, William Ball, and Roy Richison hereby appeal to the United States Court of Appeals

for the Eleventh Circuit from the Amended Final Judgment And Order Of Dismissal With

Prejudice entered on January 30, 2006, and the Order Approving Settlement Of Class Action

Lawsuit, which gave rise to the final judgment and was entered on December 20, 2005.

Dated: February 9, 2006

        Respectfully submitted,

        COLE, SCOTT & KISSANE, P.A.

        By: _____
            Thomas E. Scott – FBN: 149100

        Pacific National Bank Building
        1390 Brickell Avenue, 3d Floor
        Miami, FL 33131
        Telephone: (305) 350-5300
        Facsimile: (305) 373-2294

        *Of Counsel*

Daniel C. Girard
GIRARD GIBBS & De BARTOLOMEO LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel For Pamela Paul and John A. Caddell*

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

David S. Stellings (admitted *pro hac vice*)
Caryn Becker
780 Third Avenue, 48th Floor
New York, NY  10017
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

*Counsel for William Ball and Roy Richison*

CADDELL & CHAPMAN

Michael A. Caddell (admitted *pro hac vice*)
Cynthia B. Chapman
Cory S. Fein
1331 Lamar, Suite 1070
Houston, Texas 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

## CERTIFICATE OF COMPLIANCE

I hereby certify that in compliance with Rule 3(a)(1), Federal Rules of Appellate Procedure, sufficient copies of the foregoing were provided to the clerk in order for the clerk to serve this notice of appeal on all parties.

By: _____
Thomas E. Scott — FBN: 149100

3