UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20314-CIV-ALTONAGA/Turnoff

EDWARD LIPUMA, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

AMERICAN EXPRESS COMPANY, a
New York corporation, et al.,

    Defendants.
_____/



FILED by _____ D.C.
FEB 16 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TERMING MOTION

**THIS CAUSE** is before the Court upon Plaintiffs' Application for Attorney's Fees, Reimbursement of Expenses, and Payment of Service Awards [D.E. 415], filed on December 23, 2005. On December 20, 2005, the undersigned issued an Order Approving Settlement of Class Action Lawsuit [D.E. 414]. That Order provided, in part, as follows:

> Class Counsel submitted a memorandum in support of their application for attorney's fees [D.E. 269], with supporting affidavits and declarations. [D.E. 270- 279]. If no additional objections exist to the award of fees in the amount requested, Class Counsel may apply for an award in the amount noted in their memorandum, or such other amount as is appropriate.

[*Id.* at 47 n. 14]. Subsequent to the filing of Plaintiffs' Application for Attorney's Fees, Class Members and Objectors have filed Notices of Appeal to the United States Court of Appeals for the Eleventh Circuit. [*See* D.E. 418, 420, 422, 432, 434]. Given the present posture of this case, it is

**ORDERED AND ADJUDGED** that the Clerk of Court is instructed to mark Plaintiffs' Application for Attorney's Fees, Reimbursement of Expenses, and Payment of Service Awards **[D.E.**

CASE NO. 04-20314-CIV-ALTONAGA/Turnoff

**415]** as **TERMED** until the United States Court of Appeals for the Eleventh Circuit renders a decision in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of February, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel of record