# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 18, 2006

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI  FL  33128-7788

**Appeal Number: 06-11221-DD**
Case Style: Edward Lipuma v. American Express Co.
District Court Number: 04-20314 CV-CMA

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Pertains to NOA dated 2/27/06 doc. #447-ONLY.

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-11221-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 1 8 2006

THOMAS K. KAHN
CLERK

EDWARD LIPUMA, on behalf of
himself and all others similarly
situated and on behalf of the general public,

Plaintiff-Appellee

E.M. SELFE, et al.;Plaintiffs-Appellants
WILLIAM DAVID BALL;Intervenors-Plaintiffs-Appellants,

versus

AMERICAN EXPRESS COMPANY, et.al.,

Defendants-Appellees

STUART YOES et.al.;Objectors-Proposed Intervenors-Appellants.

Appeal from the United States District Court for the

Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 18th day of April, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Regina Veals-Gillis
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40