# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 25, 2006



Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 06-10653-DD**
Case Style: Edward Lipuma v. American Express Co.
District Court Number: 04-20314 CV-CMA

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Elora Jackson (404) 335-6173

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-10653-DD

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 2 5 2006

THOMAS K. KAHN
CLERK
```

EDWARD LIPUMA, on behalf of
himself and all others similarly
situated and on behalf of the general public,

Plaintiff-Appellee,

CLASS PLAINTIFFS, et al.,

Plaintiffs,

DAVID T. MURRAY,
MURRAY & ASSOCIATES, P.C.,
JOSEPH C. HAWTHORN,
E. M. SELFE,
RICK FRAZIER,
ANDREA YATOOMA,
LENNY PALMERI,
GREGORY YATOOMA,
LLOYD ZANDER,
MARY ELLEN ZANDER,
RANDY ROSENS,

Plaintiffs-Appellants,

versus

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY INCORPORATED, a New York Corporation,
AMERICAN EXPRESS CENTURION BANK, a New York Corporation, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

Before TJOFLAT, WILSON, and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte. In their notices of appeal, the appellants[1] indicate that they wish to appeal the district court's December 20, 2005, order approving the class action settlement. As part of the settlement agreement, the parties to this case stipulated that the settlement would become final upon entry, by the district court, of an order approving the settlement agreement and a detailed, separate final judgment, which the parties had prepared. Thus, it was not until entry of the January 31, 2006, amended final judgment that the district court's order approving the settlement agreement became final and appealable. See Fed.R.Civ.P. 58(a)(1), (d); Seal v. Pipeline, Inc., 724 F.2d 1166, 1166-67 (5th Cir. 1984). Accordingly, the Murray Appellants' notice of appeal (District Court Docket Entry 418), E. M. Selfe's notice of appeal (District Court Docket Entry 420), and the Frazier Appellants' notice of appeal (District Court Docket Entry 422), all of which challenge the December 20, 2005, order, and were filed before entry of the January 31, 2006, amended final judgment, are premature and are dismissed.

In dismissing this appeal, we note that E. M. Selfe and the Frazier Appellants have filed notices of appeal from the January 31, 2006, amended final judgment, and these appeals remain pending in this Court under Case No. 06-11221.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

---

[1] There have been several notices of appeal filed in this Court concerning this case, Lipuma v. American Express Company, Dist. Ct. Case No. 04-20314-CIV-ALTONAGA/Turnoff. Three separate notices of appeal are dismissed by this order.

The first notice of appeal, Dist. Ct. Docket Entry 418, was filed by David T. Murray, Murray & Associates, P.C., and Joseph C. Hawthorn. For purposes of this memorandum, they shall be referred to as the "Murray Appellants."

The second notice of appeal, Dist. Ct. Docket Entry 420, was filed by E. M. Selfe.

The third notice of appeal, Dist. Ct. Docket Entry 422, was filed by Andrea Yatooma, Lenny Palermi, Gregory Yatooma, Lloyd Zander, Mary Ellen Zander, and Linda Zeosins. For purposes of this memorandum, they shall be referred to as the "Frazier Appellants."

2