# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 29, 2007

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788



**Appeal Number: 05-11907-DD**
Case Style: Edward Lipuma v. American Express Co.
District Court Number: 04-20314 CV-CMA

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The record on appeal will be returned to you at a later date.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Elora Jackson (404) 335-6173

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-11907-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 2 9 2007
THOMAS K. KAHN
CLERK

EDWARD LIPUMA, on Behalf
of Himself and All Others Similarly
Situated and on Behalf of the General Public,

Plaintiff-Appellee,

versus

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,
a New York corporation,
ET AL.,

Defendants-Appellees,

versus

STUART YOES,
WILLIAM H. YOES,
MILTON J. FONTENOTS,
ET AL.,

Objectors-Proposed Intervenors-Appellants.

No. 06-11221-DD

EDWARD LIPUMA, on behalf of
himself and all others similarly
situated and on behalf of the general public,

                                                  Plaintiff-Appellee,

E.M. SELFE,
PAMELA PAUL,
JOHN A. CADDELL,

                                                  Plaintiffs-Appellants,

WILLIAM DAVID BALL,
ROY RICHISON,

                                        Intervenors-Plaintiffs-Appellants,

versus

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY INCORPORATED, a New York Corporation,
AMERICAN EXPRESS CENTURION BANK, a New York Corporation,
ET AL.,

                                                Defendants-Appellees,

versus

STUART YOES,
WILLIAM H. YOES,
MILTON J. FONTENOTS,
ET AL.,

                                 Objectors-Proposed Intervenors-Appellants.

---------------------------
On Appeal from the United States District Court for the
Southern District of Florida
---------------------------

BEFORE: TJOFLAT and PRYOR, Circuit Judges.

BY THE COURT: :

2

Appellants' motions to dismiss these appeals with prejudice due to settlement, with the parties bearing their own costs, is GRANTED.

3

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia